J. WYNNE HERRON, ESQ., (State Bar No. 71192)
LAURA HERRON WEBER, ESQ. (State Bar No. 226934)
**HERRON & HERRON**
18360 Sonoma Highway
Sonoma, CA  95476
Telephone:  (707) 933-4430
Facsimile:  (707) 933-4431
E-Mail:  laura@herron-herron.com

Attorneys for Plaintiff(s), ELIZABETH MORRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MORRIS,<br><br>Plaintiff(s),<br><br>vs.<br><br>SUNRISE SENIOR LIVING INC., SUNRISE SENIOR LIVING MANAGEMENT, INC., SUNRISE MONTEREY SENIOR LIVING, L.P., SUNRISE DEVELOPMENT, INC., SUNRISE SENIOR LIVING INVESTMENTS, INC., SUNRISE SENIOR LIVING SERVICES, INC., and DOES 1 through 25, inclusive,<br><br>Defendant(s). | No. CV-10-02993JF<br><br>**Judge - Hon. Jeremy Fogle**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS** |

IT IS HEREBY STIPULATED by and between plaintiff Elizabeth Morris, and defendants Sunrise Senior Living, Inc, Sunrise Senior Living Management, Inc., Sunrise Monterey Senior Living, L.P, Sunrise Development, Inc., Sunrise Senior Living Investments, Inc., and Sunrise Senior Living Services, Inc., that the above matter be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own costs of suit and attorney's fees.

/ / /

| | |
|---|---|
| DATED: November 12, 2010 | HERRON & HERRON |

By:   /s/ LAURA HERRON WEBER
LAURA HERRON WEBER, ESQ.
Attorneys for Plaintiff(s),
ELIZABETH MORRIS

DATED: November 12, 2010        WILEY, PRICE & RADULOVICH, LLP

By:   /s/IAN P. FELLERMAN
IAN P. FELLERMAN, ESQ.
Attorneys for Defendants

## ORDER

The above-referenced action is dismissed with prejudice pursuant to stipulation of the parties.

IT IS SO ORDERED.

DATED: NOVEMBER 16, 2010

_____
UNITED STATES DISTRICT JUDGE